

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 8, 2016

**By ECF and E-mail**

The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
40 Centre Street
New York, New York 10007

Re:   United States v. Norman Seabrook and Murray Huberfeld, 16 Cr. 467 (ALC)

Dear Judge Carter:

The above-captioned matter was indicted yesterday and assigned to Your Honor. An initial conference has been scheduled for July 22, 2016 at 11 a.m. In the interim, the Government will be preparing discovery for the defendants' review. In order to facilitate the production and review of discovery, the Government respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and July 22, 2016. I have conferred with counsel for both defendants, each of whom consented to this request. Attached please find a proposed order for the Court.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/ Russell Capone
    Russell Capone
    Martin Bell
    Kan M. Nawaday
    Assistant United States Attorneys
    Southern District of New York

Cc:   Paul Schechtman, Esq.
      Gerald Shargel, Esq.

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :      ORDER

    -v.-                            :      16 Cr. 467 (ALC)

NORMAN SEABROOK, and                :
MURRAY HUBERFELD
                                    :
        Defendants.
                                    :

- - - - - - - - - - - - - - - - - -x
```

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Russell Capone, of counsel, it is hereby ORDERED that the time from July 8, 2016 through July 22, 2016 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such an exclusion best serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial because it will allow for the production and review of discovery.

SO ORDERED.

Dated:   New York, New York
         _____, 2016

                                          _____
                                          THE HONORABLE ANDREW L. CARTER
                                          UNITED STATES DISTRICT JUDGE