USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-22-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following ~~attorney(s)~~ *Reporter* are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned US v Seabrook and Huberfield _____, No. 16-cr-467.

The date(s) for which such authorization is provided is (are) ~~July 21, 2016~~ July 22, 2016

| ~~Attorney~~ *Reporter* | Device(s) |
|---|---|
| 1. Benjamin Weiser | Laptop (New York Times) |
| 2. | |
| 3. | |

(Attach Extra Sheet If Needed)

The ~~attorney(s)~~ *Reporter* identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:
Dated: 7-22-16

_____
United States Judge

Revised: February 26, 2014