```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-16-17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                             **ORDER**

                                             **16-CR-467 (ALC)**

      -against-

**Norman Seabrook** and **Murray Huberfeld**,

            Defendant(s)
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

      The Status Conference set for October 19, 2017 is adjourned to **October 20, 2017** at **12:00 p.m.**

      **SO ORDERED.**

Dated: New York, New York
       October 16, 2017

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**